SARA ELLMAN, Appellant, v. KATE LIEBERMAN, Individually, and as Executrix, etc., of EMANUEL LIEBERMAN, Deceased, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

CURTIS B. DALL, Respondent, v. TIME, INC., Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

WILLIAM STREET-EXCHANGE PLACE CORPORATION, Respondent, v. OGDEN H. FREEMAN and Others, Copartners, etc., Defendants, Impleaded with OGDEN H. FREEMAN and Others, Individually, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

CAESAR A. BERTOLINO, Respondent, v. CHARLES DECOURCY HUGHES and ALISTER C. LEITH, as Directors and Trustees in Dissolution of DOWLER BUILDING, INC., and Another, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to serve an amended answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

EDWIN B. LOVELAND, Respondent, v. JAY BARTH and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

SARAH JACOBSON, Appellant, v. METROPOLITAN NEWS COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

DENNIS GABRIEL WILLIAMS and Another, Appellants, v. BLOOMINGDALE BROS., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL HEANEY, Appellant.— Judgment and order affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ; Untermyer, J., dissents and votes to reverse the judgment and grant a new trial, and also reverse the order to abate the nuisance.

HARRY V. LYONS, Appellant, v. NEW YORK WORLD-TELEGRAM CORPORATION, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

DOROTHY L. HARRIGAN, Appellant, v. WILLIAM D. HARRIGAN, Respondent.— Order affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

FRANK D. POTTER and Others, Individually and as Copartners, etc., Respondents, v. JOHN W. CAMPBELL, Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.